John D. Guerrini (190972)
THE GUERRINI LAW FIRM
750 E. GREEN ST., SUITE 200
PASADENA, CA 91101

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| PAUL COWAN | CASE NUMBER |
|---|---|
| Plaintiff(s) | EDCV 08-222-VAP (JCRx) |
| v. | |
| MARAUDER CORPORATION | ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE |
| Defendant(s). | |

The Court, having considered the parties Settlement Procedure Selection Request and Notice, hereby:

**ORDERS** the Request for:

X **SETTLEMENT PROCEDURE NO. 1**
☐ **SETTLEMENT PROCEDURE NO. 2**.
☐ **SETTLEMENT PROCEDURE NO. 3**

be:
☐ APPROVED.

x  DENIED; **IT IS FURTHER ORDERED** that the settlement procedure shall be as follows:

Procedure No. 2

For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings. Upon obtaining the settlement officer's consent to serve, counsel shall file Form ADR-02 (Stipulation Regarding Selection of Attorney Settlement Officer) with the court. For Settlement Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings.

Dated: June 16, 2008

*Virginia A. Phillips*
United States District Judge/Magistrate Judge